JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSC.SOFTWARE CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HÉROUX-DEVTEK INC., a Quebec Canada corporation,<br><br>Defendant. | Case No: 8:19-cv-01987-SB (DFMx)<br><br>**FINAL JUDGMENT** |

Following trial, the jury returned a unanimous verdict in favor of Plaintiff MSC.Software Corporation. Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff MSC.Software Corporation, a Delaware Corporation, have and recover from defendant Héroux-Devtek Inc., a Quebec Canada corporation, the sum of $1,414,960.00. IT IS FURTHER ORDERED that, for the reasons set forth in the Court's Order denying Plaintiff's Motion for Prejudgment Interest, Plaintiff shall take nothing on its request for prejudgment interest.

Dated: May 18, 2022

Stanley Blumenfeld, Jr.
United States District Judge